FILED

07/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0356

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0356

MARK MULLEE,

      Plaintiff and Appellant,

    v.

WINTER SPORTS, INC., d/b/a
WHITEFISH
MOUNTAIN RESORT, DOES 1-5,
individually,

      Defendants and Appellees.

**SECOND** ORDER
OF MEDIATOR APPOINTMENT

      DAVID F. STUFFT the mediator previously appointed in this matter, has notified the parties that he declines the appointment. Accordingly, David Stufft's order of mediator appointment is hereby rescinded and

      IT IS ORDERED THAT VANESSA M. CERAVOLO whose name appears next on the list of attorneys desiring appointment as mediators for domestic relations appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

      IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

      A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

      DATED this 1st day of July, 2024.

_____
Bowen Greenwood, Clerk of the Supreme Court

c: David Stufft
Vanessa Ceravolo
Ian Gillespie
Christopher Di Lorenzo
Mikel Moore